A. Dean Bennett, ISB #7735
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
adbennett@hollandhart.com

Attorneys for Defendant Metropolitan Life
Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICIA LEEDER,<br><br>                 Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,<br><br>                 Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Defendant Metropolitan Life Insurance Company ("MetLife") submits this notice of removal for the purpose of removing the above-entitled action from the First Judicial District, Kootenai County, Idaho to the United States District Court for the District of Idaho, and states as follows in support of this removal:

      1.      Plaintiff Patricia Leeder ("Leeder") filed an action in the First Judicial District, Kootenai County, Idaho, Case No. CV-2014-2080.  *See* copy of Complaint attached as Exhibit A.

      2.      MetLife is an insurance company authorized to conduct business in the State of Idaho, and is the administrator of the claims process relating to life insurance claims under the Federal Employees' Group Life Insurance Program ("FEGLI").  *See* Exhibit A, ¶¶ III-IV.

3. This case arises out of a claim for life insurance benefits under the FEGLI relating to Jonathan Daniel Leeder ("the Decedent"). *See* Exhibit A, ¶¶ IV-X.

4. Leeder named MetLife as a defendant in a civil action commenced in the First Judicial District, Kootenai County, Idaho entitled *Patricia Leeder v. Metropolitan Life Ins. Co.,* Case No. 090911298.

5. MetLife first received notice of this action when Leeder served a copy of the Summons and Complaint by mail, which MetLife's agent for service of process received on May 7, 2014. *See* copy of the Notice of Service attached as Exhibit B.

6. Leeder seeks the recovery of accidental death benefits under the FEGLI policy relating to the Decedent and other related relief. Exhibit A, ¶¶ IV-XIV.

7. The life insurance benefits at issue in this case arise under the FEGLI policy. Exhibit A, ¶¶ III-V.

8. This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, because this action arises under the laws of the United States, specifically the Federal Employees' Group Life Insurance Act, 5 U.S.C §§ 8701, *et seq.* ("FEGLIA"), the Regulations promulgated pursuant to FEGLIA by the Office of Personnel Management ("OPM"), at Title 5 C.F.R Part 870, and the FEGLI Policy. Exhibit A, ¶¶ III-IV.

9. As a civil action founded on a claim or right arising under the laws of the United States, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

10. The state court in which this action was commenced is within this Court's district, and therefore, this action is properly removable to this Court under 28 U.S.C. §§ 1441(a) and 1446 based on federal question jurisdiction.

11. This action not only is properly removable based on federal question jurisdiction, but also is removable based on diversity jurisdiction.

NOTICE OF REMOVAL - 2

12. Leeder is a resident of Idaho. Exhibit A, ¶ I.

13. MetLife is a New York corporation. Exhibit A, ¶ II.

14. Diversity of citizenship exists between Leeder and MetLife.

15. The accidental death and dismemberment ("AD&D") insurance benefits at issue are $66,000 of basic AD&D benefits and $10,000 of optional AD&D benefits.

16. The total amount of AD&D benefits at issue is greater than the jurisdictional amount of $75,000.

17. Based on the foregoing, in addition to federal question jurisdiction previously discussed in this notice, this action is properly removable, because it is a suit over which the United States District Court for the District of Idaho would have original "diversity" jurisdiction pursuant to 28 U.S.C. § 1332 and which is, therefore, removable to this Court by MetLife pursuant to 28 U.S.C. § 1441(a).

18. A copy of the state court register of actions is attached to this notice as Exhibit B. There are no additional documents contained in the state court file.

19. Upon inquiry by defense counsel, no further state court proceedings have occurred or are scheduled in the state court action.

20. MetLife will serve and certify service of copies of this Notice of Removal to Leeder as required by 28 U.S.C. § 1446(d).

21. MetLife will file a copy of this Notice of Removal with the Clerk of the First Judicial District, Kootenai County, Idaho, pursuant to 28 U.S.C. § 1446(d). *See* copy of state court Notice of Removal attached as Exhibit C.

THEREFORE, defendant Metropolitan Life Insurance Company requests that the above-referenced action pending against it in the First Judicial District, Kootenai County, Idaho be

removed to this Court, and requests that this Court enter such further orders as may be necessary and proper.

DATED this 23rd day of May, 2014.

>HOLLAND & HART LLP
>
>By:    */s/ A. Dean Bennett*
>A. Dean Bennett
>Attorneys for Defendant Metropolitan Life Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Michael B. Hague
>Trevor B. Frank
>PAINE HAMBLEN LLP
>701 Front Avenue, Suite 101
>P.O. Box E
>Coeur d'Alene, ID  83816

>>/s/ A. Dean Bennett
>>for HOLLAND & HART LLP

6880756_1