MICHAEL B. HAGUE # 3574
TREVOR B. FRANK # 9071
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, ID 83816
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

STATE OF IDAHO     } SS
COUNTY OF KOOTENAI }
FILED:

2014 MAR -4  PM 3:31

CLERK DISTRICT COURT

_____
DEPUTY

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

PATRICIA LEEDER,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation,

    Defendant.

Case No. CV-2014-2080

COMPLAINT AND DEMAND
FOR JURY TRIAL

Plaintiff, by and through her attorney of record, Michael B. Hague, for a cause of action against Defendant, alleges as follows:

I.

Plaintiff, Patricia Leeder, is a resident of the State of Idaho.

II.

Defendant, Metropolitan Life Insurance Company, is a New York insurance company licensed to do business in the State of Idaho.

**Assigned to Judge Simpson**

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

**EXHIBIT A**

III.

Defendant Metropolitan Life Insurance Company provides life insurance to federal employees under the Federal Employees' Group Life Insurance (FEGLI) Program.

IV.

The deceased, Jonathan Daniel Leeder, formerly a federal employee, entered into a life insurance contract with Defendant Metropolitan Life Insurance Company under the FEGLI Program.

V.

Plaintiff Patricia Leeder is the designated beneficiary to the life insurance contract between the deceased, Jonathan Daniel Leeder, and Defendant Metropolitan Life Insurance Company.

VI.

On or about September 16, 2011, the deceased exited a slow-moving vehicle and accidentally struck his head on the roadway.

VII.

As a direct and proximate result of the above-referenced accident, the deceased suffered unintended and fatal head injuries.

VIII.

The deceased's life insurance contract with Defendant included an accidental death benefit.

## IX.

Plaintiff tendered to Defendant a demand for payment of the accidental death benefit on September 23, 2013.

## X.

As of the date of filing of this Complaint, Defendant wrongfully, and in breach of its obligation under the subject policy of insurance, failed to facilitate or pay the accidental death benefit.

## XI.

The accidental death benefit due under the life insurance contract between the deceased and Defendant exceeds Ten Thousand Dollars ($10,000.00).

## XIII.

Plaintiff has and will incur costs and attorney fees as a result of Defendant's conduct.

## XIV.

Plaintiff is entitled to recover from Defendant the amount of the accidental death benefit under the life insurance contract between the deceased and Defendant, together with accrued interest, and the costs and attorney fees incurred by Plaintiff herein.

WHEREFORE, Plaintiff prays for relief as follows:

1. Compensatory damages, as described above, in an amount in excess of Ten Thousand Dollars ($10,000.00), the precise amount which is to be proven at trial.

2. Costs and attorney fees incurred by Plaintiff pursuant to I.C. § 12-121 and I.C. § 41-1839.

3. Such other and further relief as the Court deems just and/or equitable.

4. Plaintiff demands trial by a jury of twelve members.

DATED this 4th day of March, 2014.

PAINE HAMBLEN, LLP

By: _____
Michael B. Hague
Trevor B. Frank
Attorneys for Plaintiff

H:\CDADOCS\39196\00001\PLEAD\C138641

COMPLAINT AND DEMAND FOR JURY TRIAL - 4