UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

PATRICIA LEEDER,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation,

    Defendant.

Case No. 2:14-cv-00203-EJL-REB

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties having so stipulated (Dkt. 18) and good cause appearing therefore,

IT IS HEREBY ORDERED the above matter is dismissed with prejudice with no costs or attorney fees awarded to either party.

DATED: August 11, 2015

_____
Edward J. Lodge
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1